1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SCOTT JOHNSON,                              No. 2:14-cv-2787-KJM-KJN

12                   Plaintiff,

13         v.                                    ORDER

14   JESUS T. HERNANDEZ,

15                   Defendant.

16

17         On May 27, 2015, the undersigned issued a minute order vacating the settlement

18   conference that was set for May 29, 2015, in light of defense counsel's unavailability.  (ECF No.

19   12.)  The parties were further directed to file a joint statement indicating whether this case has

20   settled, and if not, what settlement communications the parties have made, the parties' positions,

21   and whether they would like to have a settlement conference put on calendar.  (Id.)  On June 19,

22   2015, the parties filed their joint status report.  (ECF No. 15.)  Therein, the parties represent that

23   they have been unable to reach a settlement as of this time, but that they believe that they are

24   close to reaching settlement.  (Id. at 2.)

25         While the parties do not state in this report whether they would like to have a settlement

26   conference put on calendar, it appears from their representations that such a conference would be

27   productive towards resolving this action.  Accordingly, the undersigned will *sua sponte* set a

28   settlement conference in this matter for Thursday, July 23, 2015, at 9:00 A.M., in Courtroom 25.

                                                    1

1    Given that the parties have already submitted confidential settlement conference statements in

2    this matter, (ECF Nos. 10, 11), they will not be required to file additional statements.

3    Nevertheless, either or both parties may file an additional confidential statement if they believe it

4    will aid in the settlement process.  If a party elects to file an additional statement, it shall be

5    submitted by no later than July 16, 2015.

6         Based on the foregoing, IT IS HEREBY ORDERED that:

7         1.    A settlement conference is set before the undersigned on Thursday, July 23, 2015,

8    at 9:00 A.M., in Courtroom 25.

9         2.    The parties are not required to submit additional confidential settlement

10   statements, but are permitted to do so if they believe it would be helpful to the settlement process.

11   If one or both parties file an additional settlement statement, they shall do so by no later than July

12   16, 2015.

13        IT IS SO ORDERED.

14   Dated:  June 24, 2015

15

16                                          KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

                                        2