UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson, | No. 2: 14-cv-02787-KJM-KJN |
| Plaintiff, | ORDER |
| v. | |
| Jesus T. Hernandez, | |
| Defendant. | |

On August 19, 2015, parties submitted a Joint Stipulation for Dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1). ECF No. 19. On August 21, 2015, this court granted that dismissal and ordered the case closed by Minute Order. ECF No. 21. Plaintiff Scott Johnson now seeks for this court to enter judgment against defendant Jesus Hernandez for an alleged violation of parties' settlement agreement. ECF No. 22. But this court did not retain jurisdiction to enforce the terms of the parties' settlement agreement; in fact these settlement terms were not even incorporated into the dismissal order. In light of this, the present action does not fall within this court's limited subject matter jurisdiction. *See Kokkonen v. Guardian Life Ins. Co. of Am.,* 511 U.S. 375, 381 (1994); *cf. Collins v. Thompson*, 8 F.3d 657, 659 (9th Cir. 1993). Accordingly, plaintiff's *ex parte* application is **denied**. This order resolves ECF No. 22.

DATED: December 22, 2020.

CHIEF UNITED STATES DISTRICT JUDGE